UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
                                                                   :
                                                                   :            21 Cr. 766 (JPC)
          -v-                                                      :
                                                                   :               ORDER
                                                                   :
TERREL HASKINS and JUSTIN HAMPTON                                  :
                                                                   :
                          Defendants.                              :
                                                                   :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On February 18, 2022, the Court received correspondence from Defendant Terrel Haskins

requesting appointment of new counsel.  Accordingly, it is hereby ordered that Defendant Haskins

shall appear for an appointment of counsel proceeding on March 1, 2022 at 2:00 p.m. in Courtroom

12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY

10007.  Mark Gombiner of the Federal Defenders of New York shall remain as counsel of record

for Defendant Haskins unless and until new counsel is appointed.

        SO ORDERED.

Dated: February 23, 2022                   _____
       New York, New York                         JOHN P. CRONAN
                                                United States District Judge