UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
UNITED STATES OF AMERICA                    :
:
-v.-                              :          21 Cr. 766 (JPC)
:
TERREL HASKINS, and                          :          ORDER
JUSTIN HAMPTON,                              :
:
Defendants.   :
:
---------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, MADISON REDDICK SMYSER, Assistant United States Attorney, of counsel, and with the consent of TERREL HASKINS, by and through his attorney, MARK GOMBINER, and JUSTIN HAMPTON, by and through his attorney, SUSAN WALSH, it is hereby ORDERED that the time from May 17, 2022 until the next conference date is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial because granting an exclusion is warranted given the complex nature of this case and will allow the defense time to review discovery and prepare any pretrial motions; will provide the parties time to discuss pretrial dispositions; and will ensure the effective representation of counsel in light of difficulties in attorney-client communication and in-person court appearances occasioned by the COVID-19 pandemic.

      SO ORDERED.

Dated: May 17, 2022
New York, New York

_____
THE HONORABLE JOHN P. CRONAN
United States District Judge

The parties' request for an adjournment of the May 17, 2022 status conference, Dkt. 14, is granted.  The status conference currently scheduled for May 17, 2022 is adjourned to June 1, 2022, at 11:00 a.m.  The status conference will be held in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  For the reasons set forth herein, the Court will exclude time until June 1, 2022 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is respectfully directed to close the letter motions pending at Docket Numbers 14 and 15.