**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 18, 2022

Hon. John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Terrel Haskins**
    **21 Cr. 766 (JPC)**

Your Honor:

With the consent of the government, I am requesting that the time to file Mr. Haskin's sentencing submission be extended until October 20, 2022. Because of other work, I need a little more time to complete the letter.

Thank you for your attention to this request.

Respectfully submitted,

Mark B. Gombiner
Attorney for Terrel Haskins

cc: AUSA Madison Smyser

Defendant Haskin's unopposed request is granted. The deadline for Defendant's sentencing submission is adjourned to October 20, 2022.

SO ORDERED.

October 18, 2022
New York, New York

JOHN P. CRONAN
United States District Judge