UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                  :
UNITED STATES OF AMERICA,                   :
                                                  :          21 Cr. 766 (JPC)
            -v-                                 :
                                                  :              ORDER
TERREL HASKINS,                               :
                                        Defendant.        :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Defendant Haskins's sentencing hearing, currently scheduled for November 1, 2022, at 4:00 p.m. is adjourned to November 7, 2022, at 11:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: November 1, 2022
       New York, New York                                    JOHN P. CRONAN
                                                                    United States District Judge