UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                             :
:
:
:
    -v-                                               :      21 Cr. 766 (JPC)
:
TERREL HASKINS,                                       :      ORDER
:
        Defendant.                                    :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

At the sentencing hearing for Defendant that took place earlier today, the Court inadvertently announced on the record a special assessment in the amount of $100 instead $200 as required since Defendant pleaded guilty to two counts.  *See* 18 U.S.C. § 3013(a)(2); *accord* U.S.S.G. § 5E1.3, cmt. 3 ("A special assessment is required by statute for each count of conviction.").  Accordingly, the Court hereby gives notice of its intention to correct this error in its forthcoming judgment of conviction.  *See* Fed. R. Crim. P. 36 ("After giving any notice it considers appropriate, the court may at any time correct . . . an error in the record arising form oversight or omission.").  If either party objects to the issuance of a judgment imposing a $200 special assessment, they may do so in writing by November 9, 2022, at 5:00 p.m.

    SO ORDERED.

Dated: November 7, 2022                     _____
       New York, New York                          JOHN P. CRONAN
                                                United States District Judge