```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                                                       :
                                                                       :
                -v-                                                    :       S2 21 Cr. 766 (JPC)
                                                                       :
JUSTIN HAMPTON,                                                        :       ORDER
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Defendant Justin Hampton's motion to exclude expert testimony from Andrew Petersohn, Dkt. 72, is denied.  The Court will state its reasons for this ruling on the record at the court appearance scheduled for 9:00 a.m. on November 28, 2022, prior to the commencement of jury selection.  The Clerk of Court is respectfully directed to close Docket Number 72.

      SO ORDERED.

Dated: November 25, 2022
       New York, New York

                                                                          JOHN P. CRONAN
                                                                    United States District Judge